IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELLIE GIBBS,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**TRANS UNION LLC,** *et al.*,<br><br>    *Defendants.* | Case No. 2:21-cv-00667-JDW |

## ORDER

**AND NOW**, this 10th day of June, 2021, upon consideration of Wells Fargo Auto's Motion to Dismiss Plaintiff's Complaint (ECF No. 38), for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims against Defendant Wells Fargo Auto are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge