IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELLIE GIBBS,**  *Plaintiff,*  v.  **TRANS UNION LLC,** *et al.*,  *Defendants.* | Case No. 2:21-cv-00667-JDW |

## ORDER

**AND NOW**, this 28th day of September, 2021, upon consideration of Trans Union LLC's Motion For Judgment On The Pleadings (ECF No. 58), for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

It is **FURTHER ORDERED** that the **STAY** is **LIFTED**.

It is **FURTHER ORDERED** that Plaintiff must file any Motion for leave to file a second amended complaint on or before October 12, 2021. If she does not do so, the Court will deem her to have decided to stand on her Amended Complaint and will mark this case "closed."

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge