IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELLIE GIBBS,**  *Plaintiff,*  v.  **TRANS UNION LLC, et al.,**  *Defendants.* | **Case No. 2:21-cv-00667-JDW** |

## ORDER

AND NOW, this 13th day of December, upon consideration of Plaintiff's Motion To Amend Complaint (ECF No. 68), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.